**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02689-WJM

JOSSEPH STEEVEN QUIMI-ARELLANO,

Petitioner,

v.

JUAN BALTAZAR, Warden of the Denver Contract Detention Facility, Aurora, Colorado, in his official capacity
GEORGE VALDEZ, Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement, in his official capacity,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, in his official capacity,
DAVID VENTURELLA, Acting Director of Immigration and Customs Enforcement, in his official capacity, and
TODD BLANCHE, Acting Attorney General, U.S. Department of Justice, in his official capacity,

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Amended Order Granting Petition for Writ of Habeas Corpus [ECF 15] entered by United States District Judge William J. Martinez on July 2, 2026, it is

ORDERED that the Court's [ECF 9] Order to Show Cause is MADE ABSOLUTE and Petitioner's [ECF 1] Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 is GRANTED. It is further

ORDERED that Petitioner shall have his costs in compliance with Local Rule 54.1. It is further

ORDERED that should the Petitioner believe he has a good faith basis to seek attorney fees pursuant to the Equal Access to Justice Act, he is GRANTED leave to file a motion seeking same.

This case will be closed.

DATED at Denver, Colorado, this 20th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: ______________________________
H. Guerra, Deputy Clerk